United States District Court
Southern District of Texas
FILED

TDH

JUN 2 1 2005

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED

JUN 2 1 2005   BM

Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. L-05-CR-913** |
| | § | |
| **Rosendo Farias Comacho** | § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on June 8, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 21st day of June,  2005.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE